# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA D. JONES, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 4:08CV566 RWS |
| WASHINGTON UNIVERSITY IN ST. LOUIS, et al., | ) ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendants' motion to dismiss and on plaintiff's failure to prosecute this action.

Plaintiff filed her complaint along with a motion to proceed in forma pauperis on April 23, 2008. On May 9, 2008, the Court denied plaintiff's motion to proceed in forma pauperis, finding that plaintiff had sufficient funds to pay the filing fee. The Court ordered plaintiff to pay the statutory filing fee no later than June 9, 2008. Plaintiff has not paid the filing fee. As a result, the Court will dismiss this action for failure to prosecute. Fed. R. Civ. P. 41(b).

Additionally, defendant has moved to dismiss this action under Rule 12(b)(6) of the Federal Rules of Civil Procedure because the complaint is time-barred. In this Title VII action, plaintiff was issued a right-to-sue letter by the EEOC on October 25,

2007. To be entitled to relief under Title VII, a plaintiff must file her lawsuit within 90 days of receiving the Notice of Right to Sue from the EEOC. See 42 U.S.C. § 2000e-5(f)(1); Williams v. Thompson Corp., 383 F.3d 789, 790; Spears v. Mo. Dept. of Corr. and Human Res., 210 F.3d 850, 853 (8th Cir. 2000). Because plaintiff failed to do so, this action must be dismissed as time-barred. Brooks v. Ferguson-Florissant Sch. Dist., 113 F.3d 903, 904-05 (8th Cir. 1997).

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion to dismiss is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED** pursuant to Rules 12(b)(6) and 41(b) of the Federal Rules of Civil Procedure.

An Order of Dismissal shall accompany this Memorandum and Order.

Dated this 13th day of June, 2008.

                                                RODNEY W. SIPPEL
                                                UNITED STATES DISTRICT JUDGE